UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NUMBER: 1:21-cv-00431-GSA<br><br>**ORDER DIRECTING CLERK OF COURT TO ISSUE USM INSTRUCTIONS** |

The clerk of court is **DIRECTED** to issue USM instructions in this case

IT IS SO ORDERED.

　Dated:　**March 22, 2021**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

.