UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GABRIEL MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:21-cv-00431-GSA (SS)<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will issue a decision finding Plaintiff has been disabled as of his alleged onset date through June 19, 2019, the day before onset per his subsequent allowance. The Appeals Council will not disturb the subsequent favorable State agency determination. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Acting Commissioner.

Respectfully submitted this 15th day of November 2021.

Dated:  November 15, 2021      */s/  Matthew Franklin Holmberg\**
                                                   MATTHEW FRANKLIN HOLMBERG

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

|   |   |
|---|---|
| | Attorney for Plaintiff |
| | *Authorized via e-mail on November 15, 2021 |
| | |
| | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| | WILLY LE |
| | Acting Regional Chief Counsel, Region X |
| | Social Security Administration |
| By: | /s/ *Justin L. Martin* |
| | JUSTIN L. MARTIN |
| | Special Assistant United States Attorney |
| | |
| | Attorneys for Defendant |

IT IS SO ORDERED.

Dated: __November 15, 2021__                             __/s/ Gary S. Austin__
                                                                                    UNITED STATES MAGISTRATE JUDGE

|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

**ORDER**

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will issue a decision finding Plaintiff has been disabled as of his alleged onset date through June 19, 2019, in accordance with the parties' Stipulation. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Acting Commissioner.